Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real, Bldg. 4, Suite 200
Palo Alto, CA  94306
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

Attorneys for Defendant
GGL PROJECTS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERITAS GLOBAL PROTECTION SERVICES, INC. | CASE NO. 3:25-cv-09532-LB |
| Plaintiff, | |
| v. | ANSWER |
| GGL PROJECTS, INC. d/b/a SITEJABBER | |
| Defendant. | |

GGL Projects, Inc. ("Sitejabber") hereby answers the Complaint of Veritas Global Protection Services, Inc. ("Veritas") as follows:

1.      Answering paragraph 1, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

2.      Answering paragraph 2, the allegations therein are admitted.

3.      Answering paragraph 3, the allegations therein are admitted.

4.      Answering paragraph 4, the allegations therein are denied, except for the last sentence therein which is admitted.

5.      Answering paragraph 5, the allegations therein are denied.

1

6.      Answering paragraph 6, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph, except that it is admitted that the AI-generated summary is published by Sitejabber.

7.      Answering paragraph 7, the allegations therein are denied.

8.      Answering paragraph 8, the allegations therein are denied

9.      Sitejabber responds that there are no factual allegations in paragraph 9. To the extent there are any factual allegations in that paragraph, Sitejabber denies, generally and specifically, every allegation contained in that paragraph.

10.     Answering paragraph 10, the allegations therein are admitted

11.     Answering paragraph 11, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

12.     Answering paragraph 12, the allegations therein are admitted

13.     Answering paragraph 13, the allegations therein are admitted, except that it is denied that Sitejabber publishes false and defamatory statements.

14.     Answering paragraph 14, the allegations therein are admitted.

15.     Answering paragraph 15, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

16.     Answering paragraph 16, the allegations therein are admitted

17.     Answering paragraph 17, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

18.     Answering paragraph 18, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

2

19. Sitejabber responds that there are no factual allegations in paragraph 19. To the extent there are any factual allegations in that paragraph, Sitejabber denies, generally and specifically, every allegation contained in that paragraph.

20. Answering paragraph 20, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

21. Answering paragraph 21, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

22. Answering paragraph 22, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

23. Answering paragraph 23, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

24. Answering paragraph 24, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

25. Answering paragraph 25, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

26. Answering paragraph 26, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

27. Answering paragraph 27, the allegations therein are admitted.

28. Answering paragraph 27, the allegations therein are admitted.

29. Answering paragraph 29, the allegations therein are admitted, except it is denied

3

that Sitejabber publishes false or misleading statements or sends review summaries to Google.

30. Answering paragraph 30, the allegations therein are admitted.

31. Answering paragraph 31, the allegations therein are admitted.

32. Answering paragraph 32, the allegations therein are admitted.

33. Answering paragraph 33, the allegations therein are admitted, except it is denied that the free business account has only minimal features.

34. Answering paragraph 34, the allegations therein are admitted.

35. Answering paragraph 35, the allegations therein are admitted.

36. Answering paragraph 36, the allegations therein are admitted.

37. Answering paragraph 37, the allegations therein are admitted.

38. Answering paragraph 38, the allegations therein are admitted.

39. Answering paragraph 39, the allegations therein are admitted.

40. Answering paragraph 40, the allegations therein are admitted.

41. Answering paragraph 41, the allegations therein are denied.

42. Answering paragraph 42, the allegations therein are denied.

43. Answering paragraph 43, the allegations therein are denied.

44. Answering paragraph 44, the it is admitted that this paragraph recites the FTC Complaint, but the FTC's allegations themselves are denied.

45. Answering paragraph 45, it is admitted that this paragraph recites the FTC Complaint, but the FTC's allegations themselves are denied.

46. Answering paragraph 46, it is admitted that this paragraph recites the FTC Complaint, but the FTC's allegations themselves are denied.

47. Answering paragraph 47, it is admitted that this paragraph recites the FTC Complaint, but the FTC's allegations themselves are denied.

48. Answering paragraph 48, it is admitted that this paragraph recites the FTC Order, but the FTC's allegations themselves are denied.

49. Answering paragraph 49, the allegations therein are admitted.

4

Veritas Global Protection Services, Inc. v. GGL Projects, Inc.
Answer                                              Case No. 3:25-cv-09532-LB

50.      Answering paragraph 50, the allegations therein are admitted, except it is denied that Sitejabber did not provide to Veritas the opportunity to control or manage content.

51.      Answering paragraph 51, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

52.      Answering paragraph 52, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

53.      Answering paragraph 53, the allegations therein are admitted.

54.      Answering paragraph 54, the allegations therein are denied, except for the last sentence, which is admitted.

55.      Answering paragraph 55, the allegations therein are admitted.

56.      Answering paragraph 56,  the allegations therein are denied, except for the last sentence therein which is admitted.

57.      Answering paragraph 57, the allegations therein are denied.

58.      Answering paragraph 58, the allegations therein are denied.

59.      Answering paragraph 59, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph, except the allegations in the last sentence is admitted.

60.      Answering paragraph 60, the allegations therein are denied.

61.      Answering paragraph 61, the allegations therein are denied, except for the second sentence therein which is admitted.

62.      Answering paragraph 62, the allegations therein are denied.

63.      Answering paragraph 63, the allegations therein are denied, except for the first sentence therein which is admitted.

64.      Answering paragraph 64, the allegations therein are denied.

65.      Answering paragraph 65, the allegations therein are denied.

66.     Answering paragraph 66, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

67.     Answering paragraph 67, the allegations therein are denied.

68.     Answering paragraph 68, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

69.     Answering paragraph 69, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

70.     Answering paragraph 70, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

71.     Answering paragraph 71, Sitejabber incorporates its responses above as if fully stated herein.

72.     Answering paragraph 72, the allegations therein are denied.

73.     Answering paragraph 4, the allegations therein are admitted except it is denied that the referenced statements are Sitejabber's own.

74.     Answering paragraph 74, the allegations therein are denied.

75.     Answering paragraph 75, the allegations therein are denied.

76.     Answering paragraph 76, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

77.     Answering paragraph 77, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

78.     Answering paragraph 78, Sitejabber is without sufficient knowledge or information

6

to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

79. Answering paragraph 79, Sitejabber incorporates its responses above as if fully stated herein.

80. Answering paragraph 80, the allegations therein are denied.

81. Answering paragraph 81, the allegations therein are admitted except it is denied that the referenced statements are Sitejabber's own.

82. Answering paragraph 82, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

83. Answering paragraph 83, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

84. Answering paragraph 84, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

85. Answering paragraph 85, Sitejabber incorporates its responses above as if fully stated herein.

86. Answering paragraph 86, the allegations therein are denied.

87. Answering paragraph 87, the allegations therein are denied.

88. Answering paragraph 88, the allegations therein are denied.

89. Answering paragraph 89, Sitejabber is without sufficient knowledge or information to form a belief as to the truth of the allegations in that paragraph, and on that basis denies every allegation in that paragraph.

90. Answering paragraph 90, Sitejabber incorporates its responses above as if fully stated herein.

91. Answering paragraph 91, the allegations therein are denied.

92.     Answering paragraph 92, Sitejabber responds that there are no factual allegations in paragraph 92. To the extent there are any factual allegations in that paragraph, Sitejabber denies, generally and specifically, every allegation contained in that paragraph.

## AFFIRMATIVE DEFENSES

93.     The Complaint fails to state a claim for relief.

94.     The Complaint fails because Veritas suffered no proximate injuries.

95.     The Complaint fails because any alleged false or misleading statements published by Sitejabber are privileged under the First Amendment.

## PRAYER FOR RELEIF

WHEREFORE, Sitejabber prays for judgment as follows:

1.     That Veritas take nothing by reason of its Complaint and that judgment be rendered in favor of Sitejabber;

2.     That Sitejabber awarded its reasonable attorney's fees and costs of suit incurred in defense of this action; and

3.     For other such relief as the court deems proper.

Veritas Global Protection Services, Inc. v. GGL Projects, Inc.

Answer

Case No. 3:25-cv-09532-LB

Dated: December 12, 2025

/s/ Perry J. Narancic

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
3000 El Camino Real, Bldg. 4, Suite 200
Palo Alto, CA  94306
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

Attorneys for Defendant
GGL PROJECTS, INC.